Robert C. Griffin
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street, Suite 500
P. O. Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 256-0277
rgriffin@crowleyfleck.com

Alan Barry
Gregory Sitrick
K&L GATES LLP
70 West Madison, Suite 3100
Chicago, IL 60602
(312) 372-1121
alan.barry@klgates.com
gregory.sitrick@klgates.com

Attorneys for Defendants Cabela's, Inc., Cabelas.com, Inc.,
and Cabela's Retail, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA CAMO, INC., | ) Case No. CV-08-71-BLG-RFC |
| | ) |
| Plaintiff, | ) |
| | ) **STATEMENT OF UNDISPUTED** |
| vs. | ) **FACTS IN SUPPORT OF** |
| | ) **CABELA'S MOTION FOR** |
| CABELA'S, INC., CABELAS.COM, | ) **PARTIAL SUMMARY** |
| INC., CABELA'S RETAIL, INC., and | ) **JUDGMENT DISMISSING** |
| JOHN DOES 1-X, | ) **COPYRIGHT CLAIM** |
| | ) |
| Defendant. | ) |
| | ) |

## I. INTRODUCTION

Pursuant to Local Rule 56.1 of the District of Montana, Defendants Cabela's Inc., Cabelas.com, Inc. and Cabela's Retail, Inc. (collectively "Cabela's") submit this Statement of Undisputed Facts in Support of Cabela's Motion for Partial Summary Judgment Dismissing Copyright Claim.

## II. STATEMENT OF UNDISPUTED FACTS

1.  Montana Camo, Inc. ("Montana Camo") filed the Complaint in this case on May 23, 2008.  *See* Complaint at Dkt. No. 1.

2.  Mr. Clay Mathews ("Mr. Mathews") is the owner listed for Copyright Registration Nos. VA 1-260-419 (Prairie Ghost Ultimate); VA 1-260-418 (Ridge Ghost Ultimate); and VA 1-241-973 (River Ghost).  *See* MC000005-7, attached as Ex. A; MC002272-77, attached as Ex. B.

3. There is no written assignment on record with the Copyright Office transferring ownership from Mr. Mathews to Montana Camo, Inc. ("Montana Camo"). *See* Decl. of G. Sitrick at ¶ 3, attached as Ex. C.

4. There is no written assignment transferring ownership from Mr. Mathews to Montana Camo. *See* Decl. of G. Sitrick at ¶ 3, attached as Ex. C.

5. There is no Copyright Registration for Ridge Ghost. *See* Plaintiff's Responses to Second Set of Requests for Admissions (Nos. 142-152)[1] at Response No. 145, attached as Ex. D.

---

[1] Cabela's Requests to Admit (Nos. 142-152) were served by hand on June 12, 2009. Montana Camo's responses were due 30 days later, on July 13, 2009. *See* FED. R. CIV. P. 36(3). Montana Camo failed to timely respond or file for a protective order and the requests are therefore admitted. *See* Plaintiff's Responses to Second Set of Requests for Admissions (Nos. 142-152) at pg. 7, attached as Exhibit D; FED R. CIV. P. 36(3) ("A matter is admitted unless, within 30 days after

6. There is no Copyright Registration for Snow Ghost. *See* Plaintiff's Responses to Second Set of Requests for Admissions (Nos. 142-152) at Response No. 146, attached as Ex. D.

7. The Prairie Ghost Ultimate camouflage pattern has a Copyright Registration (Reg. No. VA 1-260-419). *See* MC000005-7 at MC000005, attached as Ex. A; MC002272-77 at MC002276-77, attached as Ex. B.

8. The Ridge Ghost Ultimate camouflage pattern has a Copyright Registration (Reg. No. VA 1-260-418). *See* MC000005-7 at MC000006, attached as Ex. A; MC002272-77 at MC002274-75, attached as Ex. B.

---

being served, the party to whom the request is directed serves in the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney.")

9. The River Ghost camouflage pattern has a Copyright Registration (Reg. No. VA 1-241-973). *See* MC000005-7 at MC000007, attached as Ex. A; MC002272-77 at MC002272-73, attached as Ex. B.

10. Mr. Mathews' River Ghost camouflage pattern is not asserted against any Cabela's camouflage pattern for copyright infringement. *See* Plaintiff's Supplemental Responses to Defendants' First Set of Requests for Admission at Response Nos. 49, 54, 58, and 61, attached as Ex. E.

11. The Mountain Sage[2] (hereinafter, "Prairie Ghost") camouflage pattern has a Copyright Registration (Reg. No. VAu 444-535). *See* CAB001151-1152 at CAB001152, attached as Ex. G.

12. The Copyright Registration for Prairie Ghost Ultimate (Reg. No. VA 1-260-419) bears a first publication date of June 1, 2003. *See* MC000005-7 at MC000005, attached as Ex. A; MC002272-77 at MC002276-77, attached as Ex. B.

13. The Copyright Registration for Prairie Ghost Ultimate (Reg. No. VA 1-260-419) bears an effective registration date of December 9, 2003. *See* MC000005-7 at MC000005, attached as Ex. A; MC002272-77 at MC002276-77, attached as Ex. B.

---

[2] Mountain Sage is referred to as Prairie Ghost or Prairie Ghost Original by the parties. Note that Prairie Ghost and Prairie Ghost Ultimate are not the same

14. The time between the Copyright Registration for Prairie Ghost Ultimate's (Reg. No. VA 1-260-419) first publication date and effective date of registration is greater than three months.  *See* MC000005-7 at MC000005, attached as Ex. A; MC002272-77 at MC002276-77, attached as Ex. B.

15. The Copyright Registration for Ridge Ghost Ultimate (Reg. No. VA 1-260-418) bears a first publication date of July 1, 2003.  *See* MC000005-7 at MC000006, attached as Ex. A; MC002272-77 at MC002274-75, attached as Ex. B.

16. The Copyright Registration for Ridge Ghost Ultimate (Reg. No. VA 1-260-418) bears an effective registration date of December 9, 2003.  *See* MC000005-7 at MC000006, attached as Ex. A; MC002272-77 at MC002274-75, attached as Ex. B.

pattern.  *See* Selected Pages of Mathews Dep. Tr. 133:13-17, attached as Ex. F.

17. The time between the Copyright Registration for Ridge Ghost Ultimate's (Reg. No. VA 1-260-418) first publication date and effective date of registration is greater than three months. *See* MC000005-7 at MC000006, attached as Ex. A; MC002272-77 at MC002274-75, attached as Ex. B.

18. The Copyright Registration for River Ghost (Reg. No. VA 1-241-973) bears a first publication date of March 1, 2003. *See* MC000005-7 at MC000007, attached as Ex. A; MC002272-77 at MC002272-73, attached as Ex. B.

19. The Copyright Registration for River Ghost (Reg. No. VA 1-241-973) bears an effective registration date of December 10, 2003. *See* MC000005-7 at MC000007, attached as Ex. A; MC002272-77 at MC002272-73, attached as Ex. B.

20. The time between the Copyright Registration for River Ghost's (Reg. No. VA 1-241-973) first publication date and effective date of registration is greater than three months. *See* MC000005-7 at MC000007, attached as Ex. A; MC002272-77 at MC002272-73, attached as Ex. B.

21. Cabela's "Seclusion 3D" camouflage pattern is not accused of infringing any asserted copyright pattern. *See* Plaintiff's Supplemental Responses to Defendants' First Set of Requests for Admission at Response Nos. 51-55 and 92, attached as Ex. E.

22. Cabela's currently has four Seclusion 3D camouflage patterns (Seclusion 3D, Seclusion 3D Open Country, Seclusion 3D Konifer, and Seclusion 3D Winter).  *See* CAB001153-1154, attached as Exhibit H.

23. Cabela's began sales of its Seclusion 3D camouflage pattern in June of 2002.  *See* CAB001153-1154 and CAB001153, attached as Exhibit H.

24. Cabela's Seclusion 3D Open Country camouflage pattern fabric was completed prior to April 28, 2003.  *See* MC000493-94 at MC000494, attached as Ex. I.

25. Cabela's Seclusion 3D Konifer camouflage pattern fabric was completed prior to April 21, 2003.  *See* MC000493-94 at MC000493, attached as Ex. I.

26. Cabela's Seclusion 3D Winter camouflage pattern fabric was completed prior to July 2003.  *See* CAB001153-54 at CAB001153, attached as Ex. H.

27. Cabela's sold its first Seclusion 3D Open Country, Seclusion 3D Konifer, and Seclusion 3D Winter garments in July of 2003.  *See* CAB001153-54 at CAB001153, attached as Ex. H.

28. Montana Camo accuses Cabela's Seclusion 3D Open Country pattern of infringing the Prairie Ghost Ultimate copyright.  *See* Plaintiff's Responses to

Second Set of Interrogatories at Response No. 20, attached as Ex. J; Selected Pages of Mathews Dep. Tr. 132:24-133:5, attached as Ex. F.

29. Montana Camo accuses Cabela's Seclusion 3D Open Country pattern of infringing the Prairie Ghost copyright. *See* Plaintiff's Responses to Second Set of Interrogatories at Response No. 20, attached as Ex. J; Selected Pages of Mathews Dep. Tr. 132:24-133:5, attached as Ex. F.

30. Montana Camo accuses Cabela's Seclusion 3D Winter pattern of infringing the Prairie Ghost Ultimate copyright. *See* Plaintiff's Responses to Second Set of Interrogatories at Response No. 20, attached as Ex. J; Selected Pages of Mathews Dep. Tr. 141:17-142:3, attached as Ex. F.

31. Montana Camo accuses Cabela's Seclusion 3D Winter pattern of infringing the Prairie Ghost copyright. *See* Plaintiff's Responses to Second Set of Interrogatories at Response No. 20, attached as Ex. J; Selected Pages of Mathews Dep. Tr. 141:17-142:3, attached as Ex. F.

32. Montana Camo accuses Cabela's Seclusion 3D Konifer pattern of infringing the Ridge Ghost Ultimate copyright. *See* Plaintiff's Responses to Second Set of Interrogatories at Response No. 20, attached as Ex. J; Selected Pages of Mathews Dep. Tr. 142:18-143:1, attached as Ex. F.

33. Montana Camo accuses Cabela's Seclusion 3D Konifer pattern of infringing the Ridge Ghost copyright. *See* Plaintiff's Responses to Second Set of

*STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF CABELA'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING COPYRIGHT CLAIM - PAGE 10*

Interrogatories at Response No. 20, attached as Ex. J; Selected Pages of Mathews Dep. Tr. 142:18-143:1, attached as Ex. F.

34. Mr. Mathews testified that he had assigned the Copyright Registrations at issue to Montana Camo. *See* Selected Pages of Mathews Dep. Tr. 134:8-135:15, attached as Exhibit F.

35. Montana Camo camouflage patterns are realistic depictions of objects from nature. *See* Decl. of J. Crumley at ¶¶ 14, 40, 45, 47 and 60-62, attached as Ex. K; Ghost Camo Catalog, attached as Ex. L.

36. Montana Camo's Prairie Ghost and Prairie Ghost Ultimate camouflage patterns feature sagebrush and predominant earth tone colors. *See* Decl. of J. Crumley at ¶¶ 40 and 52, attached as Ex. K.

37. The flora and colors of Montana Camo's region specific camouflage patterns are dictated by the natural terrain that the particular camouflage is intended to mimic. *See* Decl. of J. Crumley at ¶ 29, attached as Ex. K.

38. Cabela's Seclusion 3D Open Country and Mr. Mathews Prairie Ghost Ultimate are substantially different. *See* Decl. of J. Crumley at ¶¶ 52-56, attached as Ex. K.

39. Cabela's Seclusion 3D Open Country and Mr. Mathews Prairie Ghost are substantially different. *See* Decl. of J. Crumley at ¶¶ 40-46, attached as Ex. K.

40. Cabela's Seclusion 3D Winter and Mr. Mathews Prairie Ghost Ultimate are substantially different. *See* Decl. of J. Crumley at ¶¶ 49 and 50, attached as Ex. K.

41. Cabela's Seclusion 3D Winter and Mr. Mathews Prairie Ghost are substantially different. *See* Decl. of J. Crumley at ¶¶ 49 and 50, attached as Ex. K.

42. Prairie Ghost is a hand drawn pattern. *See* Decl. of J. Crumley at ¶ 40, attached as Ex. K; Hammond Dep. Tr. 17:19-21, attached as Ex. M.

43. Prairie Ghost and Cabela's Seclusion 3D Open Country have a different numbers of distinct sagebrush bouquets. *See* Decl. of J. Crumley at ¶ 42, attached as Ex. K.

44. The sagebrush depicted in the Prairie Ghost Ultimate pattern is of different shape, size, and density than that depicted on Cabela's Seclusion 3D Open Country. *See* Decl. of J. Crumley at ¶ 52, attached as Ex. K.

45. Prairie Ghost and Prairie Ghost Ultimate patterns include gold-colored prairie grass. *See* Decl. of J. Crumley at ¶ 43 and 53, attached as Ex. K.

46. The colors used in Prairie Ghost and Prairie Ghost Ultimate are not identical to those used in Seclusion 3D Open Country. *See* Decl. of J. Crumley at ¶ 44, 49, and 57, attached as Ex. K.

47. Cabela's Seclusion 3D Konifer and Mr. Mathews Ridge Ghost Ultimate are substantially different. *See* Decl. of J. Crumley at ¶ 60-62, attached as Ex. K.

48. The Ridge Ghost Ultimate pattern contains long-leaf spruce boughs while Seclusion 3D Konifer has short-leaf evergreen boughs, small tree trunks and cones. *See* Decl. of J. Crumley at ¶ 61, attached as Ex. K.

49. A repeat of Ridge Ghost Ultimate fabric contains two wide tree trunks and two large dangling branches, while Cabela's Seclusion 3D Konifer contains five vertical trunks and numerous small branches. *See* Decl. of J. Crumley at ¶ 61, attached as Ex. K.

50. Cabela's Seclusion 3D Konifer pattern has significant background shadows while Ridge Ghost Ultimate has almost none. *See* Decl. of J. Crumley at ¶ 61, attached as Ex. K.

51. The colors used in Ridge Ghost Ultimate are not identical to those used in Seclusion 3D Konifer. *See* Decl. of J. Crumley at ¶ 61, attached as Ex. K.

52. Montana Camo knew Cabela's was advertising Cabela's camouflage clothing and Montana Camo's camouflage clothing in its catalogs as early as January 1, 2004. *See* Plaintiff's Supplemental Responses to Defendants' First Set of Requests for Admission at Response No. 1, attached as Ex. E; *see also, e.g.,*

Selected Cabela's Catalog Pages CAB010633-42, attached as Ex. N; Selected Page of Mathews Dep. Tr. 111:2-13, attached as Ex. F.

53. Montana Camo knew Cabela's was selling Cabela's camouflage clothing and Montana Camo's camouflage clothing as early as January 1, 2004. *See* Plaintiff's Supplemental Responses to Defendants' First Set of Requests for Admission at Response No. 2, attached as Ex. E; *see also, e.g.,* Selected Cabela's Catalog Pages CAB010633-42, attached as Ex. N; Selected Page of Mathews Dep. Tr. 111:2-13, attached as Ex. F.

Dated this 25th day of August, 2009.

                             CROWLEY FLECK PLLP

                             By /s/ Robert C. Griffin
                                   P. O. Box 2529
                                   Billings, MT  59103-2529
                                   Attorneys for Defendants